**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 3, 2023**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 22-31447 |
|---|---|
| Lawrence Lee Adams | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS (DOC. 42) AND ORDERING OTHER MATTERS**

This matter was set for hearing on March 2, 2023, upon the Chapter 13 Trustee's Motion to Dismiss for Material Default (Doc. 42) and Debtor's Response (Doc. 44), and upon agreement of the parties:

1 )   The Chapter 13 Trustee's Motion to Dismiss is hereby resolved.

22-31447

2) The Debtor has filed an objection (Doc. 43) to Cincinnati Capital Holdings, LLC'S claim and may also file an adversary concerning the mortgage; and, within thirty (30) days of completion of the claims objection process, including any adversary or appeals thereto, the Debtor shall file a modified plan if necessary. The Trustee reserves the right to renew his Motion to Dismiss and may request a hearing on the motion should the Debtor fail to file a modified Plan, if necessary, as stated above.

IT IS SO ORDERED.

Approved By:

/s/ John G. Jansing

John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH  45402-1161
(937)222-7600  Fax (937)222-7383
email to: chapter13@dayton13.com

/s/ Gregory M Wetherall

Gregory M Wetherall  0067307
ATTORNEY FOR DEBTOR
4030 Mt. Carmel Tobasco Rd
Suite 122
Cincinnati, OH  45255
(513) 528-0200  FAX (513) 528-1762
email: greg@cincinnatibankruptcy.com

**Copies:**
Default list Plus Additional Parties.

(1.3)
Cincinnati Capital Holdings, LLC
5887 Cornell Road, Suite 1
Cincinnati, OH  45242

(1.4)
Paul T Saba, Esq.
Stagnaro, Saba & Patterson Co LPA
2623 Erie Ave.
Cincinnati, OH  45208