```
Label Matrix for local noticing      Lawrence Lee Adams                   Allstate Insurance Company
0648-3                                PO Box 498404                       PO Box 3589
Case 3:22-bk-31447                    Cincinnati, OH 45249-7404           Akron, OH 44309-3589
Southern District of Ohio
Dayton
Fri Jan 24 20:45:37 EST 2025

Amy Michelle Adams                    Asst US Trustee (Day)               Bank of America N.A. (USA)
3908 Everett Drive                    Office of the US Trustee            ATTN: Brian Moynihan, President
Loveland, OH 45140-1012               170 North High Street               100 N. Tryon Street
                                      Suite 200                           Charlotte, NC 28202-2135
                                      Columbus, OH 43215-2417

Bank of America, N.A.                 Brandon S. Lefkowitz                CCS
PO Box 673033                         29777 Telegraph Road, Suite 2440    PO Box 55126
Dallas, TX 75267-3033                 Southfield, MI 48034-7667           Boston, MA 02205-5126


CCS Collections                       Capital One                         CashMax
725 Canton St.                        PO Box 6492                         c/o Financial Service Center of Ohio LLC
Norwood, MA 02062-2679                Carol Stream, IL 60197-6492         3201 Summerhill Road
                                                                          Texarkana, TX 75503-3967


Celtic Bank - Indigo                  Charter Communications              Cincinnati Capital Holdings, LLC
PO Box 4499                           2698 Lance Dr.                      5887 Cornell Road, Suite 1
Beaverton, OR 97076-4499              Dayton, OH 45409                    Cincinnati, OH 45242-2041


Credit Acceptance Corporation         Credit Acceptance Corporation       Credit Ninja LLC
25505 West Twelve Mile Road           PO Box 513                          780 Lynnhaven Pkwy, Ste. 400
Suite 3000                            Southfield, MI 48037-0513           Virginia Beach, VA 23452-7332
Southfield, MI 48034-8331


Credit One Bank                       DirectTV                            Duke Energy
6801 S. Cimarron Road                 PO Box 78626                        PO Box 1090
Las Vegas, NV 89113-2273              Phoenix, AZ 85062-8626              Charlotte, NC 28201-1090


FinWise Bank                          Brian D Flick                       Brian D. Flick
c/o Opportunity Financial, LLC        DannLaw                             The Dann Law Firm
130 E. Randolph St., Suite 3400       15000 Madison Avenue                15000 Madison Avenue
Chicago, IL 60601-6379                Lakewood, OH 44107-4014             Lakewood, OH 44107-4014


Brian Daniel Flick                    Green Valley                        IC Systems
The Dann Law Firm                     PO Box 172, #1                      PO Box 64378
220 Mill Street                       Wakpamni Lake Housing               Saint Paul, MN 55164-0378
Milford, OH 45150-1072                Batesland, SD 57716-0172


Intercoastal Financial LLC            John G. Jansing                     (p)JEFFERSON CAPITAL SYSTEMS LLC
7954 Transit Road, Suite 136          Chapter 13 Office                   PO BOX 7999
Williamsville, NY 14221-4117          409 E. Monument Ave.                SAINT CLOUD MN 56302-7999
                                      Suite 410
                                      Dayton, OH 45402-1482
```

```
Jefferson Capital Systems, LLC          Kathryn H. Hogan, Esq.               Liberty Mutual Group
c/o Corporation Service Company         601 West Main Street                 PO Box 7500
3366 Riverside Drive, Suite 103         Louisville, KY 40202-3045            Dover, NH 03821-7500
Columbus, OH 43221-1734


Mariner Finance, LLC                    Mariner Finance, LLC                 Mariner Finance, LLC
5802 E. Virginia Beach Blvd, Suite 121  8211 Town Center Drive               c/o Corporation Service Company
Norfolk, VA 23502-2483                  Nottingham, MD 21236-5904            50 West Broad Street, Suite 1330
                                                                             Columbus, OH 43215-3307


Merrick Bank                            NCB Management Services, Inc.        Nathan Allen Overby
10705 South Jordan Gate, Ste 200        PO Box 1099                          767 Birch Grove
South Jordan, UT 84095-3977             Langhorne, PA 19047-6099             Morrow, OH 45152-7911


Nationwide Capital Services, LLC        ONEMAIN                              One Advantage, LLC
2764 N. Green Valley Pkwy               P.O. BOX 3251                        PO Box 23920
Henderson, NV 89014-2120                EVANSVILLE, IN 47731-3251            Belleville, IL 62223-0920


OneMain Financial Group, LLC            OneMain Financial Group, LLC         OneMain Financial Group, LLC
11260 Chester Road, Suite 160           PO Box 3251                          c/o CT Corporation, Statutory Agent
Cincinnati, OH 45246-4049               Evansville, IN 47731-3251            4400 Easton Commons Way, Suite 125
                                                                             Columbus, OH 43219-6223


PRA Receivables Management, LLC         Paul T. Saba, Esq.                   Plaza Services, LLC
PO Box 41021                            2623 Erie Avenue                     Po Box 1931
Norfolk, VA 23541-1021                  Cincinnati, OH 45208-2001            Burlingame, CA 94011-1931


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    (p)POSSIBLE FINANCIAL INC            Professional Credit Analyts
PO BOX 41067                            PO BOX 98686                         24 N. Front St.
NORFOLK VA 23541-1067                   LAS VEGAS NV 89193-8686              New Ulm, MN 56073-1671


Progressive Insurance                   Progressive Insurance                Quantum3 Group LLC as agent for
6300 Wilson Mills Road                  PO Box 94731                         Genesis FS Card Services Inc
Mayfield Village, OH 44143-2182         Cleveland, OH 44101-4731             PO Box 788
                                                                             Kirkland, WA  98083-0788


RMP Services LLC                        Rachel J. Mason, Esq.                Republic Bank & Trust Co. - NetCredit
PO Box 630844                           Mason Slovin & Schilling Co., LPA    175 W. Jackson Blvd Suite 1000
Cincinnati, OH 45263-0844               5181 Natorp Blvd., Suite 202         Chicago, IL 60604-2863
                                        Cincinnati, OH 45249


Ron Sears                               Paul T Saba                          Scolopax, LLC
3907 Burgenland Ln                      Stagnaro, Saba & Patterson           C/O WEINSTEIN & RILEY, PS
Cincinnati, OH 45255-5097               2623 Erie Ave                        2001 WESTERN AVE., STE 400
                                        Ste 2623 Erie Ave                    SEATTLE, WA 98121-3132
                                        Cincinnati
                                        Cincinnati, OH 45208-2001
```

| | | |
|---|---|---|
| Synchrony Bank<br>PO Box 960013<br>Orlando, FL 32896-0013 | Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank - Care Credit<br>170 Election Road, Suite 125<br>Draper, UT 84020-6425 |
| Synchrony Bank - Care Credit<br>PO Box 965003<br>Orlando, FL 32896-5003 | The Bank of Missouri<br>216 W. 2nd St.<br>Dixon, MO 65459-8048 | The Bank of Missouri - Milestone<br>216 W 2nds St.<br>Dixon, MO 65459-8048 |
| The CBE Group, Inc.<br>PO Box 300<br>Waterloo, IA 50704-0300 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | TriHealth SBO<br>PO Box 630892<br>Cincinnati, OH 45263-0892 |
| Trihealth Heart Institute, LLC<br>PO Box 637494<br>Cincinnati, OH 45263-7494 | U.S. Department of Education - Fed Loan<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | UC Health<br>PO Box 630911<br>Cincinnati, OH 45263-0911 |
| Viktoriya Dyrda, Esq<br>Javitch Block LLC<br>1100 Superior Avenue FL 19<br>Cleveland, OH 44114-2521 | Warren County Treasurer<br>406 Justice Drive<br>Lebanon, OH 45036-2387 | Webbank - Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Gregory M. Wetherall<br>Law Office of Greg Wetherall LPA<br>4030 Mt Carmel Tobasco Rd<br>Suite 122<br>Cincinnati, OH 45255-3431 | eMoney USA Holdings, LLC<br>8700 State Line Road, Suite 350<br>Leawood, KS 66206-1570 |
| eMoneyUSA Holdings, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE 400<br>SEATTLE, WA 98121-3132 | zZounds Music, LLC<br>8 Thornton Rd.<br>Oakland, NJ 07436-3116 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| Portfolio Recovery Associates, LLC<br>120 Corporate Blvd., Suite 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Possible Financial Inc<br>2231 1st Avenue, Ste. B<br>Seattle, WA 98121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

(u)Cincinnati Capital Holdings, LLC

(d)FinWise Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3400
Chicago, IL 60601-6379

End of Label Matrix
Mailable recipients    79
Bypassed recipients     3
Total                  82