**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION at DAYTON**

| | | |
|---|---|---|
| IN RE: } | | CASE NO. 22-31447 |
| } | | |
| LAWRENCE LEE ADAMS } | | CHAPTER 13 |
| } | | |
| DEBTOR } | | JUDGE CRIST |

### APPLICATION FOR ATTORNEY FEES

**COMES NOW**, Gregory M. Wetherall, attorney for the Debtor, and makes this application for an allowance of $735.00 as post-confirmation attorney fees beyond the no-look fee to be paid to him by the Trustee. *See* LBR 2016-1(b). The additional allowance is for legal services rendered for the Debtor as follows:

A. Legal services performed and date: Between December 23, 2024 and June 2, 2025, attorney for Debtor prosecuted a complex Motion to Modify Debtor's Chapter 13 Plan following the resolution of an Objection to his mortgage lender's Proof of Claim.

B. Result obtained by the legal service: Debtor's attorney successfully prosecuted the Motion to Modify Plan allowing his Client to resume funding his Plan and his mortgage on a modified basis to save his residence.

C. Actual Time Spent (itemized in tenths of hours):
Attorney time: Gregory Wetherall – <u>ATY</u> 2.1 @ $350.00/hr. = $735.00
Paralegal time: Julie Southerland – <u>PAR</u> 0.0 @ $110.00/hr.= $0.00

D. No previous application has been made for the services listed herein;

E. The original Plan was confirmed on January 17, 2023 and the percentage to unsecured creditors is 1%. The last modification was confirmed on May 29, 2025.

F. The Amount of fee requested is $735.00 and the amount received to date by the attorney on other fee requests not related to this application is $6,205.00.

G. Itemization:

The Law Office Of
Gregory M. Wetherall
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

APPLICATION FOR COMPENSATION                                                                                  Page 1 of 5

| Date | Description |
|---|---|
| 12/23/24 | Reviewed file in anticipation of filing a Motion to Modify Plan in accordance with the Court's Order but unable to do so as a result of Special Counsel's Fee application not being filed and the mortgage lender has not filed an Amended Proof of Claim; sent message to counsel and drafted a Motion to Extend Time to file the Motion to Modify Plan.  0.3 (GMW-ATY) - $35.00 |
| 12/31/24 | Drafted, filed and served an Amended Motion to Extend Time. 0.2 (GMW-ATY) – NO CHARGE - $0.00 |
| 01/22/25 | Reviewed Client's income and expenses; and drafted Amended Schedules I & J and reviewed the same with Client.  0.6 (GMW-ATY) - $210.00 |
| 01/22/25 | Verified fees to be requested by Special Counsel; reviewed case, claims and time limits and calculated minimum Plan requirements; drafted an Amended Plan and a Motion to Modify Plan which was filed via ECF with the Amended Plan and Amended Schedules and served on all Creditors. 0.7 (GMW-ATY) - $245.00 |
| 01/27/25 | Drafted and filed a Supplement Certificate of Service. 0.1 (GMW-ATY) – NO CHARGE - $0.00 |
| 01/27/25 | Drafted and uploaded an Order granting Debtor's Motion to Extend Time. 0.1 (GMW-ATY) – NO CHARGE - $0.00 |
| 03/26/25 | Reviewed the Trustee's Objection to Debtor's Motion to Modify Plan and exchanged emails with Scott Stout, Esq regarding the same.  0.2 (GMW-ATY) – NO CHARGE - $0.00 |
| 03/31/25 | Reviewed file and prepared for and participated in a settlement conference with Scott Stout, Esq. to resolve the Trustee's Objection to Debtor's Motion to Modify Plan. 0.3 (GMW-ATY) - $105.00 |
| 04/15/25 | Reviewed notes from conference with Scott Stout, Esq.; and drafted an Amended Motion to Modify Plan incorporating the agreement with the Trustee and forwarded the same to Scott Stout, Esq. for review to confirm it meets the Trustee's approval before being filed. 0.4 (GMW-ARY) - $140.00 |
| 04/17/25 | Received approval from Scott Stout, Esq. of the Debtor's Amended Motion to Modify Plan and filed it via ECF with service on all Creditors. 0.1 (GMW-ATY) – NO CHARGE - $0.00 |
| 05/05/25 | Exchanged multiple emails with Scott Stout, Esq. regarding the Motion to Modify Plan and uploaded Client's annual Tax Returns for the Trustee's review. 0.4 (GMW-ATY) – NO CHARGE - $0.00 |

THE LAW OFFICE OF
GREGORY M. WETHERALL
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

**APPLICATION FOR COMPENSATION**                                    Page 2 of 5

| | |
|---|---|
| 05/13/25 | Reviewed the Trustee's Objection to the Amended Motion to Modify Plan which they previously approved and exchanged emails with Scott Stout, Esq. 0.2 (GMW-ATY) – NO CHARGE - $0.00 |
| 05/20/25 | Drafted an Order granting the Motion to Modify Plan setting forth the specific modifications to the Plan. 0.3 (GMW-ATY) – NO CHARGE - $0.00 |
| 05/25/25 | Drafted and uploaded a revised Order granting the Motion to Modify Plan. 0.1 (GMW-ATY) – NO CHARGE - $0.00 |
| 05/29/25 | Reviewed the Withdrawal of the Trustee's Objection to Motion to Client's Modify Plan. 0.1 (GMW-ATY) – NO CHARGE - $0.00 |
| 06/02/25 | Reviewed the Order granting Motion to Modify Plan and advised Client of the terms of the Order and the need to comply therewith. 0.2 (GMW-ATY) – NO CHARGE - $0.00 |

**WHEREFORE**, the attorney respectfully requests the above-stated fees.

Respectfully submitted,

/s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL (OH 0067307)
Attorney for Debtor
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
Facsimile:  (513) 528-1762
Email: Greg@CincinnatiBankruptcy.com

THE LAW OFFICE OF
GREGORY M. WETHERALL
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

**APPLICATION FOR COMPENSATION**                                                                 Page 3 of 5

### NOTICE OF DEBTOR'S ATTORNEY'S APPLICATION FOR FEES

Attorney for the Debtor has filed with the Court an Application for Attorney Fees.

**Your rights may be affected.** **You Should Read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you want to object to this Motion, or if you want the Court to consider your views on this matter, then, within twenty-one (21) days of the date of this Notice, you or your Attorney must:

File with the Court a written response stating your position at:

United States Bankruptcy Court
Attn: Clerk of Court
120 West Third Street
Dayton, Ohio 45402

If you mail your request or response to the Court for filing, you must mail early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Office of the United States Trustee
170 North High St Ste 200
Columbus, Ohio 43215

John G. Jansing, Esq.
Chapter 13 Trustee
409 E. Monument Ave Ste 410
Dayton, Ohio 45402

Gregory M. Wetherall, Esq.
Attorney for Debtor
4030 Mount Carmel Tobasco Rd Ste 122
Cincinnati, Ohio 45255

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the same.

**Date: November 29, 2025**          /s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL
Attorney for the Debtor

THE LAW OFFICE OF
GREGORY M. WETHERALL
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

**APPLICATION FOR COMPENSATION**                                                      Page 4 of 5

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing **Application for Attorney Fees** was served **Electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on **November 29, 2025** addressed to:

Lawrence Lee Adams, Debtor
3908 Everett Dr
Loveland, OH 45140

                                                /s/ Gregory M. Wetherall

                                                GREGORY M. WETHERALL

THE LAW OFFICE OF
**GREGORY M. WETHERALL**
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

**APPLICATION FOR COMPENSATION**                                                                 **Page 5 of 5**