**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 6, 2026**



Tyson A. Crist
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION at DAYTON

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 22-31447 |
| | } | |
| LAWRENCE LEE ADAMS | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | JUDGE CRIST |

### ORDER GRANTING APPLICATION FOR ATTORNEY FEES (DOC. 113)

This matter is before the Court upon an application for attorney fees. The attorney for the Debtor seeks additional fees in the amount of $735.00 for services performed in connection with this Chapter 13 case. The Court finds the requested fee for additional services is adequate and reasonable. Therefore, the Court grants an award of attorney fees to counsel for the Debtor in the amount requested as set forth above.

**IT IS SO ORDERED.**

**TO BE SERVED UPON:**

Default List

# # #