This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Tyson A. Crist
United States Bankruptcy Judge

Dated: January 6, 2026

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION at DAYTON

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 22-31447 |
| | } | |
| LAWRENCE LEE ADAMS | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | JUDGE CRIST |

### ORDER GRANTING APPLICATION FOR ATTORNEY FEES (DOC. 113)

This matter is before the Court upon an application for attorney fees. The attorney for the Debtor seeks additional fees in the amount of $735.00 for services performed in connection with this Chapter 13 case. The Court finds the requested fee for additional services is adequate and reasonable. Therefore, the Court grants an award of attorney fees to counsel for the Debtor in the amount requested as set forth above.

**IT IS SO ORDERED.**

TO BE SERVED UPON:

Default List

### #

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 22-31447-tac |
| Lawrence Lee Adams | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-3 | User: ad | Page 1 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Lee Adams, PO Box 498404, Cincinnati, OH 45249-7404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Day) | USTPRegion09.CB.ECF@usdoj.gov |
| Brian D Flick | on behalf of Special Counsel Brian D. Flick bflick@dannlaw.com notices@dannlaw.com;bflickecf@gmail.com;4724185420@filings.docketbird.com;4724185420@filings.docketbird.com |
| Gregory M. Wetherall | on behalf of Debtor Lawrence Lee Adams Greg@CincinnatiBankruptcy.com julie@cincinnatibankruptcy.com;wetherallecf@gmail.com;OfficeLR70728@notify.bestcase.com |
| John G. Jansing | ecfclerk@dayton13.com |
| Paul T Saba | on behalf of Creditor Cincinnati Capital Holdings  LLC pts@ssfirm.com, eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |

District/off: 0648-3                          User: ad                                      Page 2 of 2
Date Rcvd: Jan 06, 2026                       Form ID: pdf01                                Total Noticed: 1
TOTAL: 5