**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Lawrence Lee Adams** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Southern District of Ohio** |
| | (State) |
| Case Number | **22-31447** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  Cincinnati Capital Holdings, LLC

**Court claim no.**  (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account:   1   2   4   2

**Property Address:**

3908 Everett Drive
Number        Street

Loveland                                        OH     45140
City                                                State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

| Part 4: | Postpetition Payment |

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ ____83,389.20____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ ____-0-____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ John G. Jansing
_____   Date ____06/29/2026____
Signature

Trustee    John G. Jansing
_____
First Name          Middle Name          Last Name

Address    Chapter 13 Trustee, 409 E Monument Ave. Suite 410
_____
Number          Street

Dayton                                    OH    45402-1161
_____
City                                      State    ZIP Code

Contact phone  (937) 222-7600          Email  chapter13@dayton13.com

| Debtor 1 | **Lawrence Lee Adams** | | Case Number **22-31447** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 10 | Cincinnati Capital Holdings, LLC | 07/01/2025 | 5140939 | Amounts Disbursed To Creditor | 37,969.99 |
| 10 | Cincinnati Capital Holdings, LLC | 08/01/2025 | 5142710 | Amounts Disbursed To Creditor | 1,522.22 |
| 10 | Cincinnati Capital Holdings, LLC | 09/02/2025 | 5144043 | Amounts Disbursed To Creditor | 978.74 |
| 10 | Cincinnati Capital Holdings, LLC | 10/01/2025 | 5145290 | Amounts Disbursed To Creditor | 602.96 |
| 10 | Cincinnati Capital Holdings, LLC | 11/03/2025 | 5146597 | Amounts Disbursed To Creditor | 352.60 |
| 10 | Cincinnati Capital Holdings, LLC | 12/01/2025 | 5147865 | Amounts Disbursed To Creditor | 193.21 |
| 10 | Cincinnati Capital Holdings, LLC | 01/02/2026 | 5149091 | Amounts Disbursed To Creditor | 146.06 |
| 10 | Cincinnati Capital Holdings, LLC | 02/02/2026 | 5150405 | Amounts Disbursed To Creditor | 14.37 |
| 10 | Cincinnati Capital Holdings, LLC | 06/25/2026 | 0000000 | Amounts Disbursed To Creditor | 3.67 |
| | | | | Total for Claim Number 10: | 41,783.82 |
| 10 | Cincinnati Capital Holdings, LLC | 07/01/2025 | 5140939 | Amounts Disbursed To Creditor | 14,703.05 |
| 10 | Cincinnati Capital Holdings, LLC | 08/01/2025 | 5142710 | Amounts Disbursed To Creditor | 1,512.01 |
| 10 | Cincinnati Capital Holdings, LLC | 09/02/2025 | 5144043 | Amounts Disbursed To Creditor | 1,959.36 |
| 10 | Cincinnati Capital Holdings, LLC | 10/01/2025 | 5145290 | Amounts Disbursed To Creditor | 2,268.65 |
| 10 | Cincinnati Capital Holdings, LLC | 11/03/2025 | 5146597 | Amounts Disbursed To Creditor | 2,474.73 |
| 10 | Cincinnati Capital Holdings, LLC | 12/01/2025 | 5147865 | Amounts Disbursed To Creditor | 2,605.92 |
| 10 | Cincinnati Capital Holdings, LLC | 01/02/2026 | 5149091 | Amounts Disbursed To Creditor | 4,027.22 |
| 10 | Cincinnati Capital Holdings, LLC | 02/02/2026 | 5150405 | Amounts Disbursed To Creditor | 2,236.86 |
| 10 | Cincinnati Capital Holdings, LLC | 03/02/2026 | 5151849 | Amounts Disbursed To Creditor | 2,643.21 |
| 10 | Cincinnati Capital Holdings, LLC | 04/01/2026 | 5153307 | Amounts Disbursed To Creditor | 1,413.21 |
| 10 | Cincinnati Capital Holdings, LLC | 05/01/2026 | 5154784 | Amounts Disbursed To Creditor | 2,100.12 |
| 10 | Cincinnati Capital Holdings, LLC | 06/01/2026 | 5156132 | Amounts Disbursed To Creditor | 2,474.06 |
| 10 | Cincinnati Capital Holdings, LLC | 06/25/2026 | 0000000 | Amounts Disbursed To Creditor | 1,186.98 |
| | | | | Total for Claim Number 10: | 41,605.38 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **83,389.20** |

Debtor 1   **Lawrence Lee Adams**                                    Case Number  **22-31447**                                          Page 2
           <small>Name</small>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Final Cure Payment was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on 6/29/2026  addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH  45249

(1.4)
Paul T Saba, Esq.
Stagnaro, Saba & Patterson Co LPA
2623 Erie Ave.
Cincinnati, OH  45208

(1.3)
Cincinnati Capital Holdings, LLC
5887 Cornell Road, Suite 1
Cincinnati, OH  45242

/s/  JOHN G. JANSING
John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com