IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249

Debtor
SSN(1) XXX-XX-4805

CASE NO. 22-31447
CHAPTER 13
JUDGE TYSON A. CRIST

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The above case having been COMPLETED on Jun 25, 2026, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 Debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form. The statement required by this section shall be filed by the Debtor no later than the last payment made by the Debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, Debtors shall file with the Court the "Debtor's Certification Regarding Issuance of Discharge Order". See Local Bankruptcy Rule 4002-1.**

**IF A DEBTOR'S CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED WITHOUT A DISCHARGE. IF THE DEBTOR SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR'S CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.**

1. The case was filed on Oct 14, 2022, and confirmed on Jan 17, 2023. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the Debtor(s) was $149,292.22.
3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| Cincinnati Capital Holdings, LLC | ONGOING MORTGAGE | $41,783.82 | $41,783.82 | $0.00 | $41,783.82 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: 11/22-12/24 | | | | | |
| Cincinnati Capital Holdings, LLC | E - MORTG ARREAR/NO INTEREST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: THRU 10/22/*WS $215175.10 | | | | | |
| Cincinnati Capital Holdings, LLC | GAP PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: GAP/*SEE CLM #2/*WS $1607 | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| Bank of America N.A. (USA) | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: LIEN AVOIDED BY PLAN | | | | | |
| CREDIT ACCEPTANCE CORPORATION | C - MOTOR VEHICLE | $10,527.92 | $10,527.92 | $1,378.59 | $11,906.51 |
| Clm #: 0005 | Dividend Paid: 100.00% | Interest Rate: 6.50% | | | |
| COMMENT: 2011 Toyota Prius/910 | | | | | |
| Jefferson Capital Systems, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: CJ /SCHED 2B AVOIDED/P2V/*SEE CLM #77 | | | | | |
| Mariner Finance, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Avoid/Personal Property/P2V SEE CLM 80 | | | | | |
| OneMain Financial Group | C - MOTOR VEHICLE | $4,350.00 | $4,350.00 | $576.63 | $4,926.63 |
| Clm #: 0008 | Dividend Paid: 100.00% | Interest Rate: 6.50% | | | |
| COMMENT: 2011 Chrysler Town&Country/506A | | | | | |
| WARREN COUNTY TREASURER | W - SECURED STATE/LOCAL TAX | $5,573.23 | $5,573.23 | $446.75 | $6,019.98 |
| Clm #: 0009 | Dividend Paid: 100.00% | Interest Rate: 4.00% | | | |
| COMMENT: RE Taxes/3908 Everett Drive - was $6019.98 | | | | | |
| Credit Acceptance Corporation | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Jefferson Capital Systems, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Kathryn H. Hogan, Esq. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Mariner Finance, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Mariner Finance, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| OneMain Financial Group, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| OneMain Financial Group, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Paul T. Saba, Esq. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Rachel J. Mason, Esq. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Allstate Insurance Company | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| BANK OF AMERICA NA | U - UNSECURED | $1,967.12 | $19.67 | $0.00 | $19.67 |
| Clm #: 0020 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Portfolio Recovery Associates LLC | U - UNSECURED | $581.58 | $5.82 | $0.00 | $5.82 |
| Clm #: 0021 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: CAPITAL ONE | | | | | |
| CashMax | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| Quantum3 Group LLC | U - UNSECURED | $245.18 | $2.45 | $0.00 | $2.45 |
| Clm #: 0023 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: CELTIC BANK | | | | | |
| Charter Communications | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Scolopax LLC | U - UNSECURED | $1,514.82 | $15.15 | $0.00 | $15.15 |
| Clm #: 0025 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: CREDIT NINJA | | | | | |
| Credit One Bank | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| DIRECTTV | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Duke Energy | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| EMONEYUSA HOLDINGS LLC | U - UNSECURED | $1,772.63 | $17.73 | $0.00 | $17.73 |
| Clm #: 0029 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| FINWISE BANK | U - UNSECURED | $3,371.08 | $33.71 | $0.00 | $33.71 |
| Clm #: 0030 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Green Valley | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Liberty Mutual Group | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Merrick Bank | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Nathan Allen Overby | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Sch Amt Unknown | | | | | |
| Portfolio Recovery Associates LLC | U - UNSECURED | $343.28 | $3.43 | $0.00 | $3.43 |
| Clm #: 0035 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: SYNCHRONY/AMAZON | | | | | |
| Possible Financial Inc | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Progressive Insurance | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0037 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Progressive Insurance | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0038 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Sch Amt Unknown | | | | | |
| Republic Bank & Trust Co. - NetCredit | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0039 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Synchrony Bank | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0040 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Synchrony Bank | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0041 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Synchrony Bank - Care Credit | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0042 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| The Bank of Missouri | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0043 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Quantum3 Group LLC | U - UNSECURED | $490.68 | $4.91 | $0.00 | $4.91 |
| Clm #: 0044 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: BANK OF MISSOURI | | | | | |
| Trihealth Heart Institute, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0045 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| TriHealth SBO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0046 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| U.S. Department of Education - Fed Loan | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0047 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Edu | | | | | |
| UC Health | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0048 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Webbank - Fingerhut | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0049 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| zZounds Music, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0050 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| zZounds Music, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0051 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| zZounds Music, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0052 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| zZounds Music, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0053 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| zZounds Music, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0054 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0055 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| CCS Collections | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0056 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| IC Systems | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0057 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Intercoastal Financial LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0058 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Nationwide Capital Services, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0059 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| NCB Management Services, Inc. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0060 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| One Advantage, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0061 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Plaza Services, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0062 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Portfolio Recovery Associates, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0063 | Dividend Paid: .00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| Professional Credit Analyts | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0064 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| RMP Services LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0065 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Synchrony Bank - Care Credit | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0066 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| The CBE Group, Inc. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0067 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Viktoriya Dyrda, Esq | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0068 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Weinstein & Riley, P.S. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0069 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Amy Michelle Adams | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0070 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: Codebtor/Cincinnati Capital Holding | | | | | |
| FOR TRUSTEE USE ONLY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0071 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| COMMENT: P-8 | | | | | |
| RON SEARS | A - APPRAISER | $300.00 | $300.00 | $0.00 | $300.00 |
| Clm #: 0072 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: $312,000 | | | | | |
| UNSECURED BASE HOLD | ! - UNSECURED BASE HOLD | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0073 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| HUNTINGTON NATIONAL BANK | U - UNSECURED | $2,810.82 | $28.11 | $0.00 | $28.11 |
| Clm #: 0075 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Paul T Saba, Esq. | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0076 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CINCINNATI CAPITAL HOLDINGS LLC | | | | | |
| Jefferson Capital Systems LLC | U - UNSECURED | $1,023.10 | $10.23 | $0.00 | $10.23 |
| Clm #: 0077 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: CJ/LIEN AVOIDED | | | | | |
| JOE ENGLEHART, AGENT | R - ATTORNEY ON CLAIM | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0078 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Scolopax LLC | U - UNSECURED | $1,772.63 | $17.73 | $0.00 | $17.73 |
| Clm #: 0079 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| Jefferson Capital Systems LLC | U - UNSECURED | $3,090.24 | $30.90 | $0.00 | $30.90 |
| Clm #: 0080 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Personal Property/AVOIDED / MARINER FINANCE | | | | | |
| WARREN COUNTY TREASURER | W - SECURED STATE/LOCAL TAX | $0.00 | $15,576.00 | $0.00 | $15,576.00 |
| Clm #: 0081 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: CONDUIT PMT-3908 EVERETT DR/ START 11/22 | | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0082 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Cincinnati Capital Holdings, LLC | ONGOING MORTGAGE | $0.00 | $41,605.38 | $0.00 | $41,605.38 |
| Clm #: 0083 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: START 01/25 | | | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| OneMain Financial Group | U - UNSECURED | $7,273.80 | $72.74 | $0.00 | $72.74 |
| Clm #: 10008 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: Split Claim | | | | | |

4. Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $20,451.15 | $300.00 | $26,256.96 | $98,965.20 | $145,973.31 |
| PRIN. PAID | $20,451.15 | $300.00 | $262.58 | $98,965.20 | $119,978.93 |
| INT. PAID | $2,401.97 | $0.00 | $0.00 | $0.00 | $2,401.97 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The Debtor(s)' attorney was allowed $12,940.00 and was paid $12,940.00.
The Trustee was paid $12,184.63 pursuant to 11 U.S.C. 1302.
The Trustee was paid $0.00 for administrative notice fees.
Refunds to the debtor(s) and/or new trustee total $2,286.69.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

REAL ESTATE CLOSING
NONE

**NOTICE**

The Debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee 's Certification of Final Payment and Case History:

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, Debtor, and Debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1) and B.R. 5009(a).

JOHN G. JANSING, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

**NOTICE OF CERTIFICATION**

John G. Jansing, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Certification of Final Payment and Case History in a Completed Case.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult on.

If you do not want the court to grant the relief sought in the Notice, then on or before **thirty (30) days from the date set forth in the certificate of service for the notice,** you must file with the court a response explaining your position by mailing your response by First Class Mail to US Bankruptcy Court, 120 W. Third St., Dayton, Oh 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1 ) the court's ECF system or by 2) first class Mail to:

Lawrence Lee Adams, PO BOX 498404, Cincinnati, OH 45249

Gregory M Wetherall, 4030 Mt. Carmel Tobasco Rd, Suite 122, Cincinnati, OH 45255

John G. Jansing, CHAPTER 13 TRUSTEE, 409 E Monument Ave. Suite 410, Dayton, OH 45402-1161

Office Of The U S Trustee, 170 North High St, Suite 200, Columbus, Oh 43215

Respectfully submitted,

/s/ John G. Jansing

John G. Jansing 0040926
CHAPTER 13 TRUSTEE
409 E Monument Ave. Suite 410
Dayton, OH 45402-1161
(937) 222-7600 (937) 222-7383 Fax
chapter13@dayton13.com

22-31447

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Certification Of Final Payment And Case History was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on August 19, 2026, addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249

(19.3)
Allstate Insurance Company
Po Box 3589
Akron, OH 44309

(70.3)
Amy Michelle Adams
3908 Everett Drive
Loveland, OH 45140

(4.3)
Bank of America N.A. (USA)
ATTN: Brian Moynihan, President
100 N. Tryon Street
Charlotte, NC 28202

(20.3)
Bank of America NA
Box 673033
Dallas, TX 75267-3033

(84.3)
Brian Flick
DannLaw
15000 Madison Avenue
Lakewood, OH 44107

(22.3)
CashMax
c/o Financial Service Center of Ohio LLC
3201 Summerhill Road
Texarkana, TX 75503

(55.3)
CCS
PO Box 55126
Boston, MA 02205-5126

(56.3)
CCS Collections
725 Canton St.
Norwood, MA 02062

(24.3)
Charter Communications
2698 Lance Dr.
Dayton, OH 45409

(1.3)
Cincinnati Capital Holdings, LLC
5887 Cornell Road, Suite 1
Cincinnati, OH 45242

(5.3)
CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE ROAD
SUITE 3000
SOUTHFIELD, MI 48034

(10.3)
Credit Acceptance Corporation
PO Box 513
Southfield, MI 48037

(26.3)
Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113

(27.3)
DIRECTTV
PO BOX 78626
PHOENIX, AZ 85062-8626

(28.3)
Duke Energy
PO Box 1090
Charlotte, NC 28201

(29.3)
EMONEYUSA HOLDINGS LLC
WEINSTEIN RILEY PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

(30.3)
FinWise Bank
c/o Opportunity Financial LLC
130 E Randolph St Ste 3400
Chicago, IL 60601

(31.3)
Green Valley
PO Box 172, #1
Wakpamni Lake Housing
Batesland, SD 57716

(75.3)
Huntington National Bank
Box 89424
Cleveland, OH 44101

(57.3)
IC Systems
PO box 64378
Saint Paul, MN 55164

(58.3)
Intercoastal Financial LLC
7954 Transit Road, Suite 136
Williamsville, NY 14221

(77.3)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN 56302

(6.3)
Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303

(11.3)
Jefferson Capital Systems, LLC
c/o Corporation Service Company
3366 Riverside Drive, Suite 103
Columbus, OH 43221

(78.3)
JOE ENGLEHART, AGENT
CINCINNATI CAPITAL HOLDINGS LLC
5887 CORNELL RD. UNIT 1
CINCINNATI, OH 45242

(12.3)
Kathryn H. Hogan, Esq.
601 West Main Street
Louisville, KY 40202

(32.3)
Liberty Mutual Group
PO Box 7500
Dover, NH 03821

(7.3)
Mariner Finance, LLC
5802 E. Virginia Beach Blvd, Suite 121
Norfolk, VA 23502

(13.3)
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236

(14.3)
Mariner Finance, LLC
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

(33.3)
Merrick Bank
10705 South Jordan Gate, Ste 200
South Jordan, UT 84095

(34.3)
Nathan Allen Overby
767 Birch Grove
Morrow, OH 45152

(59.3)
Nationwide Capital Services, LLC
2764 N. Green Valley Pkwy
Henderson, NV 89014

(60.3)
NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047

(61.3)
One Advantage, LLC
PO Box 23920
Belleville, IL 62223

(8.3)
OneMain Financial Group
Box 3251
Evansville, IN 47731-3251

(16.3)
OneMain Financial Group, LLC
11260 Chester Road, Suite 160
Cincinnati, OH 45246

(15.3)
OneMain Financial Group, LLC
c/o CT Corporation, Statutory Agent
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

(1.4)
Paul T Saba, Esq.
Stagnaro, Saba & Patterson Co LPA
2623 Erie Ave.
Cincinnati, OH 45208

(17.3)
Paul T. Saba, Esq.
2623 Erie Avenue
Cincinnati, OH 45208

(62.3)
Plaza Services, LLC
PO BOX 1931
Burlingame, CA 94011

(21.3)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(63.3)
Portfolio Recovery Associates, LLC
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

(36.3)
Possible Financial Inc
2231 1st Avenue, Ste. B
Seattle, WA 98121

(64.3)
Professional Credit Analyts
24 N. Front St.
New Ulm, MN 56073

(38.3)
Progressive Insurance
6300 Wilson Mills Road
Mayfield Village, OH 44143

(37.3)
Progressive Insurance
PO Box 94731
Cleveland, OH 44101

(23.3)
Quantum3 Group LLC
Box 788
Kirkland, WA 98083

(18.3)
Rachel J. Mason, Esq.
Mason Slovin & Schilling Co., LPA
5181 Natorp Blvd., Suite 202
Cincinnati, OH 45249

(39.3)
Republic Bank & Trust Co. - NetCredit
175 W. Jackson Blvd Suite 1000
Chicago, IL 60604

(65.3)
RMP Services LLC
PO Box 630844
Cincinnati, OH 45263

(72.3)
RON SEARS
3907 BURGENLAND DR
CINCINNATI, OH 45255

(25.3)
SCOLOPAX LLC
WEINSTEIN & RILEY PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

(41.3)
Synchrony Bank
PO Box 960013
Orlando, FL 32896

(40.3)
Synchrony Bank
PO Box 965036
Orlando, FL 32896

(42.3)
Synchrony Bank - Care Credit
170 Election Road, Suite 125
Draper, UT 84020

(66.3)
Synchrony Bank - Care Credit
PO Box 965003
Orlando, FL 32896

(43.3)
The Bank of Missouri
216 W. 2nd St.
Dixon, MO 65459

(67.3)
The CBE Group, Inc.
PO Box 300
Waterloo, IA 50704

(45.3)
Trihealth Heart Institute, LLC
PO Box 637494
Cincinnati, OH 45263

(46.3)
TriHealth SBO
PO Box 630892
Cincinnati, OH 45263

(47.3)
U.S. Department of Education - Fed Loan
PO Box 60610
Harrisburg, PA 17106

(48.3)
UC Health
PO Box 630911
Cincinnati, OH 45263

(68.3)
Viktoriya Dyrda, Esq
Javitch Block LLC
1100 Superior Avenue FL 19
Cleveland, OH 44114

(9.3)
WARREN COUNTY TREASURER
406 JUSTICE DRIVE
LEBANON, OH 45036

(49.3)
Webbank - Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

(69.3)
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

(50.3)
zZounds Music, LLC
8 Thornton Rd.
Oakland, NJ 07436

/s/ John G. Jansing

John G. Jansing, Trustee