UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>Lawrence Lee Adams<br><br>Debtor | CASE NO: 22-31447<br>Chapter 13<br><br>JUDGE TYSON A. CRIST |

WITHDRAWAL OF CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY (Doc. 118)

The Chapter 13 Trustee withdraws the Chapter 13 Trustee'S Certification Of Final Payment And Case History (Doc. 118). This Certification was filed through inadvertence and error.

/s/ John G. Jansing

John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH 45402-1161
(937)222-7600 Fax (937)222-7383
email: chapter13@dayton13.com

**CERTIFICATE OF SERVICE** 22-31447

I hereby certify that a copy of the Withdrawal of CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on August 20, 2026, addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249

/s/ John G. Jansing sm
John G. Jansing, Trustee