Official Form 410C13-M1 (12/25)

United States Bankruptcy Court
Southern District of Ohio

In re Lawrence Lee Adams, Debtor

Case No. 22-31447
Chapter 13

**Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim**

The trustee states as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** Cincinnati Capital Holdings, LLC **Court claim no.:** 10

**Last 4 digits** of any number used to identify the debtor's account: 1 2 4 2

**Property address:** 3908 Everett Drive

| City | State | ZIP Code |
|---|---|---|
| Loveland | OH | 45140 |

2. As of the date of this motion, I have disbursed payments to cure arrearages as follows:

a. Allowed amount of the prepetition arrearage, if any: $ -0-

b. Total amount of the prepetition arrearage disbursed, if known: $ -0-

c. Allowed amount of postpetition arrearage, if any: $ -0-

d. Total amount of postpetition arrearage disbursed, if known: $ -0-

e. Total amount of arrearages disbursed: $ -0-

3. As of the date of this motion, I have disbursed payments for postpetition fees, expenses, and charges as follows:

a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: $ -0-

b. Amount of postpetition fees, expenses, and charges disbursed: $ -0-

4. As of the date of this motion, I have made the following payments on the postpetition obligations: $ 83,389.20

5. No additional information.

6. I ask the court for an order under Rule 3002.1(f)(3) determining the status of the mortgage claim addressed by this motion and whether the payments required by the plan to be made as of the date of this motion have been made.

Signed: /s/ John G. Jansing
Trustee

Date: 08/24/2026

Address: Chapter 13 Trustee, 409 E Monument Ave. Suite 410
Number Street

Dayton | OH | 45402-1161
City | State | ZIP Code

Contact Phone (937) 222-7600 Email chapter13@dayton13.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Final Cure Payment was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on 8/24/2026 addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249

(1.4)
Paul T Saba, Esq.
Stagnaro, Saba & Patterson Co LPA
2623 Erie Ave.
Cincinnati, OH 45208

(1.3)
Cincinnati Capital Holdings, LLC
5887 Cornell Road, Suite 1
Cincinnati, OH 45242

/s/ JOHN G. JANSING

John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH 45402-1161
(937)222-7600 Fax (937)222-7383
chapter13@dayton13.com