**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:<br>Lawrence Lee Adams<br><br>Debtor(s) | Case No. 22-31447 |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John G. Jansing, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2022.

2) The plan was confirmed on 01/17/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/28/2025.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/24/2023.

5) The case was completed on 06/12/2026.

6) Number of months from filing or conversion to last payment: 44.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: $265,760.80.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $149,292.22 |
| Less amount refunded to debtor | $2,286.69 |

**NET RECEIPTS:** **$147,005.53**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $12,440.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $12,184.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$24,624.63**

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allstate Insurance Company | Unsecured | 416.20 | NA | NA | 0.00 | 0.00 |
| Amy Michelle Adams | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank of America N.A. (USA) | Unsecured | 8,196.63 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,967.12 | 1,967.12 | 1,967.12 | 19.67 | 0.00 |
| CashMax | Unsecured | 1,132.81 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCS Collections | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 517.42 | NA | NA | 0.00 | 0.00 |
| Cincinnati Capital Holdings, LLC | Secured | NA | 0.00 | 0.00 | 41,605.38 | 0.00 |
| Cincinnati Capital Holdings, LLC | Secured | 205,204.47 | 216,687.33 | 41,783.82 | 41,783.82 | 0.00 |
| Cincinnati Capital Holdings, LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cincinnati Capital Holdings, LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATIO | Secured | 10,311.00 | 10,527.92 | 10,527.92 | 10,527.92 | 1,378.59 |
| Credit Acceptance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| DIRECTTV | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| Duke Energy | Unsecured | 2,534.35 | NA | NA | 0.00 | 0.00 |
| EMONEYUSA HOLDINGS LLC | Unsecured | 1,772.63 | 1,772.63 | 1,772.63 | 17.73 | 0.00 |
| FINWISE BANK | Unsecured | 4,370.00 | 3,371.08 | 3,371.08 | 33.71 | 0.00 |
| FOR TRUSTEE USE ONLY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Green Valley | Unsecured | 2,746.25 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK | Unsecured | NA | 2,810.82 | 2,810.82 | 28.11 | 0.00 |
| IC Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Intercoastal Financial LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 3,090.24 | 3,090.24 | 30.90 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,023.10 | 1,023.10 | 10.23 | 0.00 |
| Jefferson Capital Systems, LLC | Secured | 1,609.62 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOE ENGLEHART, AGENT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kathryn H. Hogan, Esq. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Liberty Mutual Group | Unsecured | 1,158.00 | NA | NA | 0.00 | 0.00 |
| Mariner Finance, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mariner Finance, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mariner Finance, LLC | Secured | 3,099.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,831.00 | NA | NA | 0.00 | 0.00 |
| Nathan Allen Overby | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Capital Services, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCB Management Services, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| One Advantage, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OneMain Financial Group | Secured | 4,350.00 | 4,350.00 | 4,350.00 | 4,350.00 | 576.63 |
| OneMain Financial Group | Unsecured | 0.00 | 7,273.80 | 7,273.80 | 72.74 | 0.00 |
| OneMain Financial Group, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OneMain Financial Group, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Paul T Saba, Esq. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Paul T. Saba, Esq. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Plaza Services, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 378.00 | 343.28 | 343.28 | 3.43 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 582.00 | 581.58 | 581.58 | 5.82 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Possible Financial Inc | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Professional Credit Analyts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Progressive Insurance | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Progressive Insurance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | 290.00 | 245.18 | 245.18 | 2.45 | 0.00 |
| Quantum3 Group LLC | Unsecured | 490.68 | 490.68 | 490.68 | 4.91 | 0.00 |
| Rachel J. Mason, Esq. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Republic Bank & Trust Co. - NetCredit | Unsecured | 3,867.21 | NA | NA | 0.00 | 0.00 |
| RMP Services LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RON SEARS | Priority | NA | 300.00 | 300.00 | 300.00 | 0.00 |
| Scolopax LLC | Unsecured | 1,514.00 | 1,514.82 | 1,514.82 | 15.15 | 0.00 |
| Scolopax LLC | Unsecured | NA | 1,772.63 | 1,772.63 | 17.73 | 0.00 |
| Synchrony Bank | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank - Care Credit | Unsecured | 1,565.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank - Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Bank of Missouri | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| The CBE Group, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trihealth Heart Institute, LLC | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| TriHealth SBO | Unsecured | 383.88 | NA | NA | 0.00 | 0.00 |
| U.S. Department of Education - Fed Loan | Unsecured | 206,510.00 | NA | NA | 0.00 | 0.00 |
| UC Health | Unsecured | 682.67 | NA | NA | 0.00 | 0.00 |
| UNSECURED BASE HOLD | Unsecured | NA | 1,359.12 | NA | 0.00 | 0.00 |
| Viktoriya Dyrda, Esq | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WARREN COUNTY TREASURER | Secured | 0.00 | 6,019.98 | 5,573.23 | 5,573.23 | 446.75 |
| WARREN COUNTY TREASURER | Secured | NA | 0.00 | 0.00 | 15,576.00 | 0.00 |
| Webbank - Fingerhut | Unsecured | 1,609.00 | NA | NA | 0.00 | 0.00 |
| Weinstein & Riley, P.S. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| zZounds Music, LLC | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| zZounds Music, LLC | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| zZounds Music, LLC | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| zZounds Music, LLC | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| zZounds Music, LLC | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $41,783.82 | $83,389.20 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,877.92 | $14,877.92 | $1,955.22 |
| All Other Secured | $5,573.23 | $21,149.23 | $446.75 |
| **TOTAL SECURED:** | **$62,234.97** | **$119,416.35** | **$2,401.97** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $300.00 | $300.00 | $0.00 |
| **TOTAL PRIORITY**: | **$300.00** | **$300.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$26,256.96** | **$262.58** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $24,624.63 | |
| Disbursements to Creditors | $122,380.90 | |
| **TOTAL DISBURSEMENTS** : | | **$147,005.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/24/2026 By: /s/ John G. Jansing

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.