UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>Lawrence Lee Adams<br><br>Debtor | CASE NO: 22-31447<br>(Chapter 13)<br><br>JUDGE TYSON A. CRIST |

WITHDRAWAL OF CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT
(Doc: 121)

The Chapter 13 Trustee withdraws the CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT. This report was filed through inadvertence and error.

/s/ John G. Jansing

John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH 45402-1161
(937)222-7600 Fax (937)222-7383
email: chapter13@dayton13.com

**CERTIFICATE OF SERVICE** 22-31447

I hereby certify that a copy of the Withdrawal Of Chapter 13 Trustee's Final Report And Account was served **electronically** on the date of the filing through the Court’s ECF System on all ECF participants registered in this case at the email address registered with the Court and by **First Class Mail** on September 28, 2026 addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249