UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>Lawrence Lee Adams<br><br>Debtor | CASE NO: 22-31447<br>Chapter 13<br><br>JUDGE TYSON A. CRIST |

WITHDRAWAL OF MOTION TO DETERMINE STATUS OF THE MORTGAGE CLAIM UNDER RULE 3002.1(F)(1) (Doc. 120)

The Chapter 13 Trustee withdraws the Motion To Determine Status Of The Mortgage Claim Under Rule 3002.1(F)(1) (Doc. 120). The Debtor has advised that the motion is not necessary.

/s/ John G. Jansing

John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH 45402-1161
(937)222-7600 Fax (937)222-7383
email: chapter13@dayton13.com

**CERTIFICATE OF SERVICE** 22-31447

I hereby certify that a copy of the Withdrawal of MOTION TO DETERMINE STATUS OF THE MORTGAGE CLAIM UNDER RULE 3002.1(F)(1) was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on October 7, 2026, addressed to:

Lawrence Lee Adams
PO BOX 498404
Cincinnati, OH 45249

/s/ John G. Jansing pg
John G. Jansing, Trustee