**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION at DAYTON**

| | | |
|---|---|---|
| **IN RE:** | } | **CASE NO. 22-31447** |
| | } | |
| **LAWRENCE LEE ADAMS** | } | **CHAPTER 13** |
| | } | |
| **DEBTOR** | } | **JUDGE CRIST** |

**DEBTOR'S CERTIFICATION REGARDING ISSUANCE OF DISCHARGE ORDER**

**COMES NOW LAWRENCE LEE ADAMS**, Debtor in the above-styled and numbered cause, and certifies the following:

A. This Certification was prepared using the form required by the Bankruptcy Court for the Southern District of Ohio pursuant to Local Bankruptcy Rule 4002-1(d) and the form's standard language has not been altered in any manner.

B. The Chapter 13 Trustee has filed a Certification of Final Payment in this case.

C. The Debtor has completed a financial management instructional course approved by the United States Trustee as described in 11 U.S.C. § 111 and has filed the certificate with the Court in accordance with Fed. R. Bankr. P. 1007(b)(7). (*See* 11 U.S.C. § 1328(g)(1)).

D. Compliance with 11 U.S.C. § 101(14A) (Check either 1 or 2, or 3 as applicable):

☒ 1. The Debtor has not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A). *See* 11 U.S.C. § 1328(a)

☐ 2. The Debtor has been approved for a hardship discharge pursuant to 11 U.S.C. § 1328(b).

☐ 3. The Debtor certifies that as of the date of this certification, the Debtor has paid all amounts due under any domestic support obligation required by a judicial or administrative order or by statute, including amounts due before this bankruptcy was filed, to the extent provided for by the plan. *See* 11 U.S.C. § 1302(d)(1). **Note:** If this box is checked you must provide all information required in sections (a) through (e) below:

(a) Contact information for the holder of the domestic support obligation:

Name:

Address:

Telephone Number:

(b) Contact information for the State child support enforcement agency for this domestic support obligation:

Name:

Address:

Telephone Number:



THE LAW OFFICE OF
**GREGORY M. WETHERALL**
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
**www.CincinnatiBankruptcy.com**

(c) Debtor's most recent address:

Address:

(d) Contact information for the Debtor's most recent employer:

Name:

Address:

(e) The name of each creditor that holds a claim that is not discharged under 11 U.S.C. § 523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c):

Name:

Address:

E. The Debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4-year period preceding the date of the order for relief in this case. *See* 11 U.S.C. § 1328(f)(1).

F. The Debtor has not received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief in this case. *See* 11 U.S.C. § 1328(f)(2).

G. The Debtor certifies that 11 U.S.C. § 522(q)(1) is not applicable in this case and the Debtor does not have pending any proceeding in which the Debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B). *See* 11 U.S.C. 1328(h).

**By signing this certification, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant a discharge in this chapter 13 bankruptcy case. The Court may revoke my discharge if the statements relied upon are not accurate.**

Respectfully submitted,

Date: October 16, 2026

/s/ Lawrence Lee Adams
___________________________________
Lawrence Lee Adams, Debtor

/s/ Gregory M. Wetherall
___________________________________
GREGORY M. WETHERALL (OH 0067307)
Attorney for Debtor
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
Facsimile: (513) 528-1762
Email: Greg@CincinnatiBankruptcy.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Certification** was served **Electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on October 16, 2026 addressed to:

Lawrence Lee Adams (via hand delivery)

/s/ Gregory M. Wetherall
______________________________
GREGORY M. WETHERALL
Attorney for Debtor



THE LAW OFFICE OF
**GREGORY M. WETHERALL**
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
**www.CincinnatiBankruptcy.com**