**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lawrence Lee Adams** | Social Security number or ITIN | **xxx–xx–4805** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Ohio** | | |
| Case number: | **3:22–bk–31447** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lawrence Lee Adams

11/9/26

**By the court:** Tyson A. Crist
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 22-31447-tac

Lawrence Lee Adams Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-3 User: ad 

Date Rcvd: Nov 09, 2026 Form ID: 3180W Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Lee Adams, PO Box 498404, Cincinnati, OH 45249-7404 |
| sp | + | Brian D. Flick, The Dann Law Firm, 15000 Madison Avenue, Lakewood, OH 44107-4014 |
| sp | + | Brian Daniel Flick, The Dann Law Firm, 220 Mill Street, Milford, OH 45150-1072 |
| 21022702 | + | Allstate Insurance Company, PO Box 3589, Akron, OH 44309-3589 |
| 21022707 | + | CashMax, c/o Financial Service Center of Ohio LLC, 3201 Summerhill Road, Texarkana, TX 75503-3967 |
| 21022711 | | Charter Communications, 2698 Lance Dr., Dayton, OH 45409 |
| 21022712 | + | Cincinnati Capital Holdings, LLC, 5887 Cornell Road, Suite 1, Cincinnati, OH 45242-2041 |
| 21022715 | + | Credit Ninja LLC, 780 Lynnhaven Pkwy, Ste. 400, Virginia Beach, VA 23452-7332 |
| 21022721 | + | Green Valley, PO Box 172, #1, Wakpamni Lake Housing, Batesland, SD 57716-0172 |
| 21022725 | + | Jefferson Capital Systems, LLC, c/o Corporation Service Company, 3366 Riverside Drive, Suite 103, Columbus, OH 43221-1734 |
| 21022726 | + | Kathryn H. Hogan, Esq., 601 West Main Street, Louisville, KY 40202-3045 |
| 21022727 | + | Liberty Mutual Group, PO Box 7500, Dover, NH 03821-7500 |
| 21022730 | + | Mariner Finance, LLC, c/o Corporation Service Company, 50 West Broad Street, Suite 1330, Columbus, OH 43215-3307 |
| 21022732 | + | Nathan Allen Overby, 767 Birch Grove, Morrow, OH 45152-7911 |
| 21022735 | + | One Advantage, LLC, PO Box 23920, Belleville, IL 62223-0920 |
| 21022737 | + | OneMain Financial Group, LLC, c/o CT Corporation, Statutory Agent, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219-6223 |
| 21022739 | + | Paul T. Saba, Esq., 2623 Erie Avenue, Cincinnati, OH 45208-2001 |
| 21022746 | | Rachel J. Mason, Esq., Mason Slovin & Schilling Co., LPA, 5181 Natorp Blvd., Suite 202, Cincinnati, OH 45249 |
| 21076475 | + | Ron Sears, 3907 Burgenland Ln, Cincinnati, OH 45255-5097 |
| 21022756 | + | Trihealth Heart Institute, LLC, PO Box 637494, Cincinnati, OH 45263-7494 |
| 21022758 | + | U.S. Department of Education - Fed Loan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 21022760 | + | Viktoriya Dyrda, Esq, Javitch Block LLC, 1100 Superior Avenue FL 19, Cleveland, OH 44114-2521 |
| 21022761 | + | Warren County Treasurer, 406 Justice Drive, Lebanon, OH 45036-2387 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Nov 10 2026 14:23:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 21022704 | + | EDI: BANKAMER2 | Nov 10 2026 14:23:00 | Bank of America N.A. (USA), ATTN: Brian Moynihan, President, 100 N. Tryon Street, Charlotte, NC 28202-2135 |
| 21022705 | + | EDI: BANKAMER | Nov 10 2026 14:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 21068940 | + | Email/Text: bkattorneynotices@gmail.com | Nov 09 2026 18:36:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 21022708 | | EDI: CCS.COM | Nov 10 2026 14:25:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 21022709 | + | EDI: CCS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 10 2026 14:25:00 | CCS Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 21022706 | + | EDI: CAPITALONE.COM | Nov 10 2026 14:23:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 21022710 | + | EDI: PHINGENESIS | Nov 10 2026 14:25:00 | Celtic Bank - Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 21022714 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 09 2026 18:36:00 | Credit Acceptance Corporation, PO Box 513, Southfield, MI 48037-0513 |
| 21022713 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 09 2026 18:36:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 21022716 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2026 18:39:57 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 21022717 | | EDI: DIRECTV.COM | Nov 10 2026 14:25:00 | DirectTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 21022718 | + | Email/Text: lynn.colombo@duke-energy.com | Nov 09 2026 18:37:00 | Duke Energy, PO Box 1090, Charlotte, NC 28201-1090 |
| 21022720 | + | Email/Text: opportunitynotices@gmail.com | Nov 09 2026 18:37:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph St., Suite 3400, Chicago, IL 60601-6379 |
| 21068941 | + | Email/Text: opportunitynotices@gmail.com | Nov 09 2026 18:37:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040,, Fredericksburg, VA 22403-0640 |
| 21022722 | + | EDI: LCIICSYSTEM | Nov 10 2026 14:23:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 21022723 | + | Email/Text: gbechakas@outlook.com | Nov 09 2026 18:36:00 | Intercoastal Financial LLC, 7954 Transit Road, Suite 136, Williamsville, NY 14221-4117 |
| 21060061 | | EDI: JEFFERSONCAP.COM | Nov 10 2026 14:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 21022724 | | EDI: JEFFERSONCAP.COM | Nov 10 2026 14:23:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 21022729 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 09 2026 18:36:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 21022728 | ^ | MEBN | Nov 09 2026 18:30:05 | Mariner Finance, LLC, 5802 E. Virginia Beach Blvd, Suite 121, Norfolk, VA 23502-2483 |
| 21022731 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2026 18:39:56 | Merrick Bank, 10705 South Jordan Gate, Ste 200, South Jordan, UT 84095-3977 |
| 21022734 | ^ | MEBN | Nov 09 2026 18:30:02 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 21022733 | + | Email/Text: adminassist3@structuredsettlementus.com | Nov 09 2026 18:37:00 | Nationwide Capital Services, LLC, 2764 N. Green Valley Pkwy, Henderson, NV 89014-2120 |
| 21035601 | | EDI: AGFINANCE.COM | Nov 10 2026 14:23:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 21022736 | + | EDI: AGFINANCE.COM | Nov 10 2026 14:23:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 21022738 | + | EDI: AGFINANCE.COM | Nov 10 2026 14:23:00 | OneMain Financial Group, LLC, 11260 Chester Road, Suite 160, Cincinnati, OH 45246-4049 |
| 21022741 | | EDI: PRA.COM | Nov 10 2026 14:23:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 21054129 | | EDI: PRA.COM | Nov 10 2026 14:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 21022742 | | Email/Text: bankruptcy@possiblefinance.com | Nov 09 2026 18:36:00 | Possible Financial Inc, 2231 1st Avenue, Ste. B, |

| | | | | |
|---|---|---|---|---|
| | | | | Seattle, WA 98121 |
| 21022851 | + | EDI: PRA.COM | Nov 10 2026 14:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21022740 | + | EDI: LCIFULLSRV | Nov 10 2026 14:23:00 | Plaza Services, LLC, Po Box 1931, Burlingame, CA 94011-1931 |
| 21022743 | + | Email/Text: jenniferk@pcaofmn.com | Nov 09 2026 18:37:00 | Professional Credit Analyts, 24 N. Front St., New Ulm, MN 56073-1671 |
| 21022744 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 09 2026 18:36:00 | Progressive Insurance, PO Box 94731, Cleveland, OH 44101-4731 |
| 21022745 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 09 2026 18:36:00 | Progressive Insurance, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 21033390 | | EDI: Q3G.COM | Nov 10 2026 14:23:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 21022748 | ^ | MEBN | Nov 09 2026 18:30:05 | RMP Services LLC, PO Box 630844, Cincinnati, OH 45263-0844 |
| 21022747 | ^ | MEBN | Nov 09 2026 18:30:09 | Republic Bank & Trust Co. - NetCredit, 175 W. Jackson Blvd Suite 1000, Chicago, IL 60604-2863 |
| 21067991 | + | Email/Text: bncmail@w-legal.com | Nov 09 2026 18:36:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 21022750 | + | EDI: SYNC | Nov 10 2026 14:23:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 21022749 | + | EDI: SYNC | Nov 10 2026 14:23:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 21022752 | + | EDI: SYNC | Nov 10 2026 14:23:00 | Synchrony Bank - Care Credit, PO Box 965003, Orlando, FL 32896-5003 |
| 21022751 | + | EDI: SYNC | Nov 10 2026 14:23:00 | Synchrony Bank - Care Credit, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 21022753 | + | Email/Text: nlorenz@bankofmissouri.com | Nov 09 2026 18:36:00 | The Bank of Missouri, 216 W. 2nd St., Dixon, MO 65459-8048 |
| 21022754 | + | Email/Text: nlorenz@bankofmissouri.com | Nov 09 2026 18:36:00 | The Bank of Missouri - Milestone, 216 W 2nds St., Dixon, MO 65459-8048 |
| 21022755 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 09 2026 18:37:00 | The CBE Group, Inc., PO Box 300, Waterloo, IA 50704-0300 |
| 21030021 | + | Email/Text: bankruptcy@huntington.com | Nov 09 2026 18:37:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 21022757 | ^ | MEBN | Nov 09 2026 18:30:06 | TriHealth SBO, PO Box 630892, Cincinnati, OH 45263-0892 |
| 21022759 | + | Email/Text: IB&UB@uchealth.com | Nov 09 2026 18:36:00 | UC Health, PO Box 630911, Cincinnati, OH 45263-0911 |
| 21022762 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2026 18:40:06 | Webbank - Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 21022763 | + | Email/Text: bncmail@w-legal.com | Nov 09 2026 18:37:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 21022719 | + | Email/Text: michaela.gaddy@emoneyusa.com | Nov 09 2026 18:36:00 | eMoney USA Holdings, LLC, 8700 State Line Road, Suite 350, Leawood, KS 66206-1570 |
| 21066920 | + | Email/Text: bncmail@w-legal.com | Nov 09 2026 18:37:00 | eMoneyUSA Holdings, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 21022764 | ^ | MEBN | Nov 09 2026 18:30:07 | zZounds Music, LLC, 8 Thornton Rd., Oakland, |

NJ 07436-3116

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21028980 | * | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 21068033 | *+ | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 21022703 | ##+ | Amy Michelle Adams, 3908 Everett Drive, Loveland, OH 45140-1012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Day) | USTPRegion09.CB.ECF@usdoj.gov |
| Brian D Flick | on behalf of Special Counsel Brian D. Flick bflick@dannlaw.com notices@dannlaw.com;bflickecf@gmail.com;4724185420@filings.docketbird.com;4724185420@filings.docketbird.com |
| Gregory M. Wetherall | on behalf of Debtor Lawrence Lee Adams Greg@CincinnatiBankruptcy.com julie@cincinnatibankruptcy.com;wetherallecf@gmail.com;OfficeLR70728@notify.bestcase.com |
| John G. Jansing | ecfclerk@dayton13.com |
| Paul T Saba | on behalf of Creditor Cincinnati Capital Holdings LLC pts@sspfirm.com, eak@sspfirm.com;jrs@sspfirm.com;archive@recap.email |

TOTAL: 5